

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00587-CV

City of Hidalgo, individually and City of Hidalgo, Texas Municipal Facilities Corporation
d/b/a Payne Arena
v.
Anita Saldana

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Court Cause No. C-4526-24-H

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 17, 2025